UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO JAVIER PORTILLO PEREZ,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-03415-KES-CDB (HC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br>(A-Number: 212-976-534)<br>Docs. 1, 11 |

Petitioner Sergio Javier Portillo Perez, a federal immigration detainee proceeding pro se, initiated this action on May 4, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241, while in custody of Immigration and Customs Enforcement ("ICE") at the Golden State Annex Detention Facility. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 24, 2026, the assigned magistrate judge issued findings and recommendations to grant petitioner's petition for writ of habeas corpus. Doc. 11. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within seven days of the date of service thereof. *Id.* at 7. On August 31, 2026, respondents timely filed objections, objecting "for the reasons stated in [Respondents'] prior pleadings." Doc. 12; *see* Doc. 8.

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the court ORDERS:

1. The findings and recommendations issued on August 24, 2026, Doc. 11, are adopted in full.
2. The petition for writ of habeas corpus, Doc. 1, is granted.
3. Respondents are ORDERED to provide petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order, in which the parties will be allowed to present evidence and argument about whether petitioner is a danger to the community and presents a flight risk if not detained.
4. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. If respondents do not provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein they must release him.[1]
5. The Clerk of the Court is directed to enter judgment for petitioner, terminate and pending motions, and to close this case.

IT IS SO ORDERED.

Dated: October 25, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.